**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GOSIA S.                                                 :                        CIVIL ACTION
             Plaintiff                        :
      v.                                           :
                                                           :
FRANK BISIGNANO,                          :
Commissioner of the Social Security      :
Administration,                                    :
           Defendant                     :                        NO.  25-3392

## ORDER

**AND NOW**, this 25th day of February 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 6) is **GRANTED**, as follows:

1.  The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2.  Upon remand, the ALJ shall:  (a) explain how it is that Plaintiff can only tolerate occasional interaction with supervisors, yet, in the initial 30-day training period, could tolerate frequent interaction with supervisors; (b) explicitly consider the support Dr. Flood provided for his November 29, 2023 opinions and the ALJ must not consider Dr. Coleman's opinions when engaging in the required consistency analysis; and (c) consider **both** supportability and consistency to determine whether Dr. Flood's April 16, 2024 opinions are persuasive.

                                    **BY THE COURT**:


                               */s/ Carol Sandra Moore Wells*
                               CAROL SANDRA MOORE WELLS
                               United States Magistrate Judge